```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone:  (559) 497-6132
 4  Facsimile:  (559) 445-0156

 5  Attorney for Defendant
    MICHAEL ROSS THOMAS
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1: 11-CR-00112 LJO |
|---|---|---|
| Plaintiff, | ) | WAIVER OF APPEARANCE |
|  | ) | AND ORDER THEREON |
| v. | ) |  |
|  | ) | DATE:   November 21, 2011 |
| MICHAEL ROSS THOMAS, | ) | TIME:    1:00 p.m. |
|  | ) | Courtroom Four |
| Defendant. | ) |  |
|  | ) | HONORABLE LAWRENCE J. O'NEILL |

     Defendant, MICHAEL ROSS THOMAS, hereby waives his right to be present in person in open court upon the hearing presently set for November 21, 2011 at 1:00 p.m. in Courtroom Four of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:   11/08/11                                    /s/ Michael Ross Thomas
                                                                            MICHAEL ROSS THOMAS
                                                                (Original signature in counsel's file)

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant MICHAEL ROSS THOMAS is hereby excused from appearing at the court hearing scheduled for November 21, 2011 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **November 14, 2011**          _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES DISTRICT JUDGE