1   JOHN F. GARLAND   #117554
    Attorney at Law
2   1713 Tulare Street, Suite 221
    Fresno, California 93721
3
    Telephone: (559) 497-6132
4   Facsimile:  (559) 445-0156

5   Attorney for Defendant
    MICHAEL ROSS THOMAS
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,        )   Case Nos.  1:11-CR-00112 LJO
10                                    )              1:12-CR-00020 LJO
             Plaintiff,               )
11                                    )
                                      )   **ORDER GRANTING REQUEST TO SEAL**
12           v.                       )   **DOCUMENTS**
                                      )
13                                    )
    MICHAEL ROSS THOMAS,             )
14                                    )
                                      )
15           Defendant.               )
    _____     )

16

17          The Court, having considered Defendant Michael Ross Thomas' Request To Seal

18   Documents, the Declaration of John F. Garland in Support of Request to Seal Documents and

19   Defendant's Sentencing Memorandum and Attachment A, the Court finds compelling reasons

20   for the filing of the documents under seal, therefore Defendant's Request To Seal Documents is

21   GRANTED.

22          IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and

23   Attachment A  shall be **FILED  UNDER  SEAL**.

24          IT IS SO ORDERED

25

26   Dated: May 17, 2012                      /s/ Lawrence J. O'Neill_____
                                              LAWRENCE J. O'NEILL
27                                            United States District Judge

28

                                      1