| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | KATHLEEN A. SERVATIUS<br>Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ROSS THOMAS,<br><br>　　　　　　Defendant. | NO. 1:11-CR-00112 LJO<br>　　　1:12-CR-00020 LJO<br><br>STIPULATION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C) AND PROPOSED ORDER THEREON |

　　　　The United States of America, by and through its attorneys, PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant U.S. Attorney, and the defendant, Michael Ross Thomas, by and through his counsel, John Garland, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On May 21, 2012, this Court sentenced the defendant to a term of 146 months imprisonment on count one in case number 1:11-cr-00112, charging him with conspiring to distribute methamphetamine. As to case number 12-cr-00020, the Court sentenced the defendant to 146 months on count one, charging him with distribution of methamphetamine, and 120 months on count two, charging him with felon in possession of firearm, to be served concurrently to each other and to case number 1:11-cr-00112;

STIPULATION FOR REDUCTION IN SENTENCE

1

3. As to both cases, the defendant's total offense level was 35, his criminal history category was VI, and the resulting guideline range was 292 to 365 months;

4. The sentencing range applicable to the defendant was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. The defendant's total offense level has been reduced from 35 to 33, and his amended guideline range is 235 to 293 months. A departure comparable to the one originally received would result in a sentence of 120 months as counts 1 in each of case numbers 1:11-cr-00112 and 1;12-cr-00020;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing the defendant's term of imprisonment to a term of 120 months on each count 1 in both cases, to be served concurrently to each other and to count three in case number 1:12-cr-00020.

Respectfully submitted,

Dated: October 7, 2016                    Dated: October 7, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Kathleen A. Servatius*              /s/ *John Garland*
KATHLEEN A. SERVATIUS                JOHN GARLAND
Assistant U.S. Attorney                   Attorney for Defendant

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that the defendant is entitled to the benefit of Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 235 and 293 months, but departure comparable to that granted at the original sentencing results in a sentence of 120 months.

///

///

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2012 is reduced to a term of 120 months as to each counts 1 in case numbers 1:11-cr-00112 and 1:12-cr-00020, to be served concurrently to each other and to count three in case number 1:12-cr-00020.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO Form 247 reflecting the above reduction in sentence, for both cases and shall serve certified copies of it on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, the defendant shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **October 11, 2016**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE