# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America

v.

MICHAEL ROSS THOMAS

Case No: 1:11CR00112-002 AND 1:12CR00020-001

USM No: 65812-097

Date of Original Judgment: 05/21/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

John Frederick Garland
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 146 Months months **is reduced to** 120 Months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/21/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/11/2016

/s/ Lawrence J. O'Neill
*Judge's signature*

Effective Date: 11/01/2015

Honorable Lawrence J. O'Neill, District Court Judge